**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

DYLAN FORD,

        Plaintiff,

v.                                  CIVIL ACTION NO.  2:26-cv-00306

RODNEYSE BICHOTTE-HERMELYN, et al.,

        Defendnats.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On May 6, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 4] ("PF&R") and recommended that the court deny Plaintiff's application to proceed without prepayment of fees or costs, [ECF No. 1]; dismiss this action without prejudice; declare Plaintiff to be a vexatious litigant; and impose a prefiling injunction. The mail-service deadline for PF&R objections was May 26, 2026, and neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's application to proceed without prepayment of fees or costs, [ECF No. 1]; **DISMISSES** this action without prejudice; **DECLARES** Plaintiff to be a vexatious litigant; and **IMPOSES** a prefiling injunction as set forth in the PF&R on page 16.[1]

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      May 28, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] The PF&R specifically states, and the court adopts the following prefiling injunction:

> Accordingly, the undersigned **RECOMMENDS** that this unnamed ghost plaintiff be declared a harassing and vexatious litigant pursuant to 28 U.S.C. § 1651(a), and that the Clerk pre-screen filings containing the following characteristics: (1) a pro-se plaintiff transmits a complaint and application to proceed in forma pauperis to the Clerk of Court by U.S. Mail; (2) the envelope bears a New York City postmark but the plaintiff lists a mailing address from a State or U.S. Territory other than New York; (3) the complaint sets forth three or fewer numbered sentences; (4) the complaint does not address why venue is proper in this Court; and (5) the plaintiff fails to provide a telephone number. Under such circumstances, the Clerk of Court should return the complaint and application to the plaintiff's listed mailing address with a letter informing the plaintiff that he or she must either (1) pay the applicable $402.00 filing fee, or (2) transmit a statement in support of venue before the Court will docket his or her complaint.

[ECF No. 4, at 16–17].

2